PROB 22

# TRANSFER OF JURISDICTION

**FILED**
2008 MAY 19 P 3:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

CR-08 00334 JF

| | | |
|---|---|---|
| **DOCKET NUMBER** (Tran. Court) 1:04CR05020-01 OWW | | |
| **DOCKET NUMBER** (Rec. Court) | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joe Franco Cuellar, Sr. San Jose, CA | Eastern District of California | Southern |
| | **NAME OF SENTENCING JUDGE** Oliver W. Wanger | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** / **TO** |

**OFFENSE**   18 USC 1341 AND 2: MAIL FRAUD AND AIDING AND ABETTING

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-2-08
Date                                                       United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 15, 2008
Effective Date                                             United States District Judge (James Ware)

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG